December 23, 1983.

469 A.2d 293

Beam, Appellant v. Kelly.

Submitted October 14, 1983. Christopher F. Sheridan, for appellant; Dennis John Stofko, for appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

The order of the Court of Common Pleas of Cambria County is reversed and the case remanded for further proceedings.